UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00281

**Johnathan Roy Ridge,**
*Plaintiff,*

v.

**Gregg County Sheriff Department et al.**
*Defendants.*

**O R D E R**

Plaintiff Johnathan Roy Ridge, proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

The magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed, without prejudice, for plaintiff's failure to prosecute his own case. Doc. 6. A copy of this report was sent to plaintiff at his last-known address. To date, however, plaintiff has not filed objections. Mail has been returned as "undeliverable" four times in this lawsuit. Docs. 5, 7, 8, 9.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed, without prejudice, for the failure to prosecute. All motions pending in this civil action are denied.

*So ordered by the court on October 4, 2023.*

J. CAMPBELL BARKER
United States District Judge